JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| M. SOFT, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CREATIVE NETWORK DESIGN, INC., a Nevada corporation; MARKUS SCHMIDT, an individual, and DOES 1-10, inclusive,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. CV-08-3684 RSWL (SHx)<br><br>[PROPOSED] ORDER RE: DISMISSAL OF COMPLAINT AND COUNTERCLAIMS [101] |

## ORDER

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to the stipulation of Plaintiff and Counter-Defendant M. Soft, Inc. ("Plaintiff") and Defendants and Counterclaimants Creative Network Design, Inc. and Markus Schmidt (collectively "Defendants"):

1.  Plaintiff's Complaint against Defendants shall be dismissed with prejudice; and

271842.1

[PROPOSED] ORDER RE: DISMISSAL OF COMPLAINT AND COUNTERCLAIMS

2.  All Counter-claims by Defendants against Plaintiff shall be dismissed with prejudice.

3.  Plaintiff's preliminary injunction shall be dissolved.

IT IS SO ORDERED.

DATED: September 11, 2009

/ S /

Honorable Ronald S.W. Lew
Senior U.S. District Court Judge

271842.1

2

[PROPOSED] ORDER RE: DISMISSAL OF COMPLAINT AND COUNTERCLAIMS